# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR LEONEL PICART,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ENONMEH, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-cv-00157-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS UNNECESSARY<br><br>(ECF No. 25) |

Plaintiff Hector Leonel Picart ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2011, Plaintiff filed a motion for leave to file a first amended complaint and a first amended complaint. (ECF Nos. 25, 26.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive pleading has not been served and Plaintiff has not previously amended his complaint. Therefore, Plaintiff may file an amended complaint without leave of the Court. The court screens complaints in the order they are received, and Plaintiff's first amended complaint will be screened in due time.

IT IS SO ORDERED.

**Dated:   October 11, 2011**          /s/ Sandra M. Snyder

UNITED STATES MAGISTRATE JUDGE