# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**HECTOR LEONEL PICART**  CASE:  **1:11–CV–00157–BAM**

vs.

**A. ENONMEH, ET AL.**  **ORDER OF REASSIGNMENT**

_____ /

The court, having considered the appointment of **Magistrate Judge Barbara A. McAuliffe** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Sandra M. Snyder** to **Magistrate Judge Barbara A. McAuliffe** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:

**1:11–CV–00157–BAM**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED: October 17, 2011

_____

**ANTHONY W. ISHII**, CHIEF
U.S. DISTRICT COURT JUDGE