# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR LEONEL PICART,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A. ENONMEH, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-00157-BAM PC<br><br>ORDER STRIKING SECOND AMENDED COMPLAINT<br><br>(ECF No. 31) |

　　　Plaintiff Hector Leonel Picart ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 12, 2011, an order issued denying Plaintiff's motion to file an amended complaint as unnecessary and informing him that the first amended complaint would be screened in due time. On November 10, 2011, Plaintiff filed a second amended complaint which appears to be a duplicate of the first amended complaint. To the extent that Plaintiff may be attempting to amend the first amended complaint, Plaintiff did not file a motion to amend, nor has the Court granted leave to amended.

　　　As Plaintiff was previously informed, the first amended complaint has been filed and will be screened in due time. Accordingly, Plaintiff's second amended complaint is HEREBY STRICKEN FROM THE RECORD.

　　　IT IS SO ORDERED.

Dated: **November 18, 2011**　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1