1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    HECTOR LEONEL PICART,                          CASE NO. 1:11-cv-00157-BAM PC

10                      Plaintiff,                  ORDER DENYING PLAINTIFF'S MOTION FOR
                                                    INJUNCTIVE RELIEF AS MOOT
11           v.
                                                    (ECF No. 21)
12   A. ENONMEH, et al.,

13                      Defendants.

                                              /
14   _____

15         Plaintiff Hector Leonel Picart ("Plaintiff"), a former state prisoner proceeding pro se and in

16   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on January

17   28, 2011.  On May 5, 2011, Plaintiff filed an affidavit requesting a preliminary injunction directing

18   that he be transferred to the California Medical Facility State Prison.  On December 23, 2011,

19   Plaintiff filed a notice of change of address which indicates that he has been released from custody.

20         The Prison Litigation Reform Act places limitations on injunctive relief.  Section

21   3626(a)(1)(A) provides in relevant part, "[p]rospective relief in any civil action with respect to prison

22   conditions shall extend no further than necessary to correct the violation of the Federal right of a

23   particular plaintiff or plaintiffs.  The court shall not grant or approve any prospective relief unless

24   the court finds that such relief is narrowly drawn, extends no further than necessary to correct the

25   violation of the Federal right, and is the least intrusive means necessary to correct the violation of

26   the Federal right."  18 U.S.C. § 3626(a)(1)(A).

27         Additionally, when an inmate seeks injunctive or declaratory relief concerning the prison

28   where he is incarcerated, his claims for such relief become moot when he is no longer subjected to

1

1   those conditions.  Nelson v. Heiss, 271 F.3d 891, 897 (9th Cir. 2001); Dilley v. Gunn, 64 F.3d 1365,

2   1368 (9th Cir. 1995); Johnson v. Moore, 948 F.2d 517, 519 (9th Cir. 1991).  Since Plaintiff is no

3   longer incarcerated, the injunctive relief he is seeking is moot.

4          Accordingly, based on the foregoing, the Court HEREBY DENIES Plaintiff's motion for

5   injunctive relief, filed May 5, 2011.

6          IT IS SO ORDERED.

7   **Dated:**    **January 1, 2012**                    **/s/ Barbara A. McAuliffe**
                                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28